In the Matter of JILL M. PAPENHAUSEN, Respondent, v MICHAEL SUDBRINK, Appellant. [955 NYS2d 530]—

The substantial increase in the father's income, plus the mother's evidence of specific increased expenses, warranted an upward modification of the father's child support obligation (*see Matter of Ryan v Levine*, 80 AD3d 767 [2011]). The Support Magistrate properly calculated the father's child support obligation, using the income reported on his most recent tax return (*see* Domestic Relations Law § 240 [1-b] [b] [5]; *Hughes v Hughes*, 79 AD3d 473, 475 [2010]; *Matter of Krukenkamp v*

*Krukenkamp*, 54 AD3d 345, 346 [2008]). The father's remaining contentions are without merit.

Accordingly, the Family Court properly denied the father's objections to the Support Magistrate's order. Eng, P.J., Angiolillo, Sgroi and Hinds-Radix, JJ., concur.